**Wanda L. BATES, Appellant**

v.

**MHM CORRECTIONAL SERVICES; Commonwealth of Pennsylvania Department of Corrections Sci–Frackville; David Mont; Robert D. Shannon; John W. Kerestes.**

No. 08–1729.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit
L.A.R. 34.1(a) on Jan. 8, 2009.

Filed: April 14, 2009.

Peter G. Loftus, Esq., Loftus Law Firm, Waverly, PA, for Appellant.

Calvin R. Koons, Esq., Office of Attorney General of Pennsylvania, Harrisburg, PA, Kelly C. Hoelzer, Esq., Kollman & Saucier, Timonium, MD, Eric Paltell, Esq., Kollman & Sheehan, Baltimore, MD, for MHM Correctional Services, Commonwealth of Pennsylvania Department of Corrections Sci–Frackville, David Mont, Robert D. Shannon and John W. Kerestes.

Before: FUENTES, FISHER and ALDISERT, Circuit Judges.

## JUDGMENT ORDER

RUGGERO J. ALDISERT, Circuit Judge.

After consideration of all contentions raised by the Appellant, it is ADJUDGED AND ORDERED that for the reasons set forth in the February 11, 2008, 2008 WL 396225, opinion of the Honorable James M. Munley, District Judge, the judgment of the District Court be, and is, hereby AFFIRMED. Costs are taxed against the Appellant.

BY THE COURT:

/s/ Ruggero J. Aldisert
Circuit Judge